IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL KELLER,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **SCHOLASTIC, INC.,**<br>　　　　**Defendant.** | **NO. 16-1829** |

## O R D E R

**AND NOW**, this 18th day of August, 2016, upon consideration of Defendant's Motion to Dismiss for failure to state a claim or, in the alternative, to transfer venue (ECF No. 16), Plaintiff's Response in Opposition thereto (ECF No. 22), and Defendant's Reply in Support thereof (ECF No. 23), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**